No. D–181. IN RE DISBARMENT OF FREEDSON. It is ordered that Ralph Freedson, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 67, Orig. IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. v. OREGON ET AL. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted, and 10 additional minutes allotted for that purpose. Plaintiffs also allotted an additional 10 minutes for oral argument. [For earlier order herein, see, *e. g.,* 442 U. S. 937.]

No. 73, Orig. CALIFORNIA v. NEVADA. Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier order herein, see, *e. g.,* 439 U. S. 906.]

No. 78–253. ESTES ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.;

No. 78–282. CURRY ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.; and

No. 78–283. BRINEGAR ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL. C. A. 5th Cir. [Certiorari granted, 440 U. S. 906.] Motion of Dallas Alliance et al. for leave to participate in oral argument as *amici curiae* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 78–599. SECRETARY OF THE NAVY ET AL. v. HUFF ET AL. C. A. D. C. Cir.; and

No. 78–1006. BROWN, SECRETARY OF DEFENSE, ET AL. v. GLINES. C. A. 9th Cir. [Certiorari granted, 440 U. S. 957.] Motion of the Solicitor General to permit Kent L. Jones, Esquire, to present oral argument *pro hac vice* granted.